# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**WILLIE L. PARCHMAN,**
          Petitioner,

v.                                                Case No. 10-C-1063

**WILLIAM POLLARD, Warden,**
**Green Bay Correctional Institution,**
          Respondent.

---

## ORDER

On December 10, 2010, I entered an order staying this habeas case while petitioner exhausted his state remedies. In that same order, I required petitioner to file status reports every 90 days regarding the status of the state-court proceedings. Petitioner's first status report was due on March 10, 2011, yet to date no such report has been filed. Petitioner is hereby warned that if he fails to file the overdue status report within 21 days of the date of this order, I may enter an order dismissing this case for lack of prosecution.

Dated at Milwaukee, Wisconsin, this 7th day of April, 2011.

/s_____
LYNN ADELMAN
District Judge